UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.R. SIMPLOT COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PETER NIBOLI, et al.,<br><br>Defendants. | Case No. 1:19-cv-00667-DAD-BAM<br><br>**ORDER APPROVING STIPULATION RE EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS TO PLAINTIFF'S COMPLAINT AND TO CONTINUE THE AUGUST 14, 2019 MANDATORY SCHEDULING CONFERENCE AND RELATED DATES**<br><br>(Doc. No. 12) |

Pursuant to the parties' stipulation filed on July 19, 2019, and good cause appearing based upon the parties' efforts to pursue settlement of this action, IT IS HEREBY ORDERED that the deadline for Defendants to respond to Plaintiff's complaint is extended from July 17, 2019, to September 16, 2019. The parties are reminded that requests for court-approved extensions brought after the required filing date are looked upon with disfavor. *See* Local Rule 144(d). As there is good cause here to grant the request and the parties will not be prejudiced by the delay, the request for an extension of time for Defendants to file a responsive pleading to Plaintiff's complaint is GRANTED nunc pro tunc. However, future untimely requests will be looked upon with disfavor and will not be granted absent a showing of good cause and lack of prejudice to the parties.

1

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that the Scheduling Conference currently set for August 14, 2019, is hereby continued to **October 16, 2019, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** A Joint Scheduling Report, carefully prepared and executed by all counsel/pro se parties, shall be electronically filed in CM/ECF one (1) full week prior to the Scheduling Conference, and shall be e-mailed, in Microsoft Word format, to bamorders@caed.uscourts.gov. The parties are encouraged to appear telephonically at the Scheduling Conference and may do so with each party using the following dial-in number and passcode: ***dial-in number 1-877-411-9748; passcode 3190866.*** |

IT IS SO ORDERED.

Dated: **July 22, 2019**         /s/ *Barbara A. McAuliffe*
         UNITED STATES MAGISTRATE JUDGE