UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.R. SIMPLOT COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PETER NIBOLI, et al.,<br><br>　　　　　　Defendants. | Case No. 1:19-cv-00667-DAD-BAM<br><br>**ORDER APPROVING STIPULATION RE EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS TO PLAINTIFF'S COMPLAINT**<br><br>(Doc. No. 15) |

　　　Pursuant to the parties' stipulation filed on September 13, 2019, and good cause appearing based upon the parties' efforts to pursue settlement of this action, IT IS HEREBY ORDERED that the deadline for Defendants to respond to Plaintiff's complaint is extended from September 16, 2019, to September 23, 2019. This is the parties' second stipulation extending the time for Defendants to respond to Plaintiff's complaint. The parties are advised that no further extensions of time shall be granted in the absence of a demonstrated showing of good cause.
IT IS SO ORDERED.

　　　Dated: **September 17, 2019**　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1