NOAH A. KATSELL (Bar No. 217090)
noah.katsell@dlapiper.com
KEVIN D. HARLOW (Bar No. 265565)
kevin.harlow@dlapiper.com
KIMBERLY S. HYDE (Bar No. 274623)
kimberly.hyde@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101
Tele: 619.699.2700

AMANDA MORGAN (Bar No. 246277)
amanda.morgan@dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tele: 415.836.2500

MICHAEL G. WOODS (Bar No. 58683)
Mike.woods@mccormickbarstow.com
**McCormick Barstow, LLP**
7647 North Fresno Street
P.O. Box 28912
Fresno, CA 93729-8912
Tele: 559.433.1300

Attorneys for Plaintiff
J.R. SIMPLOT COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| J.R. SIMPLOT COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>PETER NIBOLI, an individual; ALLEN HAYNES, an individual; and SCOTT FOTH, an individual,<br><br>  Defendants. | NO. 1:19-CV-00667-DAD-BAM<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO AMEND PLEADINGS** |

Pursuant to Eastern District of California Local Rule 143, Plaintiff J.R. Simplot Company ("Simplot") and Defendants Peter Niboli, Allen Haynes, and Scott Foth (collectively "Defendants") hereby stipulate as follows:

1. The current deadline for the amending the pleadings is March 6, 2020.

2. Plaintiff has served discovery on Defendant Niboli which may impact the pleadings in this matter.

3. Niboli's discovery responses are currently due on February 17, 2020.

4. Niboli has requested that Plaintiff extend the deadline for Niboli to respond to the outstanding discovery to March 6, 2020.

5. Plaintiff has no objection to providing the requested extension, provided that it does not adversely affect Plaintiff's ability to amend its pleadings.

6. Accordingly, the parties hereby stipulate to and request that the Court extend the deadline to amend the pleadings to March 27, 2020. No prior extensions of this subject matter have been sought by the parties, and the parties do not anticipate that this extension will alter any of the other existing deadlines as set forth in the Scheduling Order in this case.

Dated: February 11, 2020     **DLA PIPER LLP (US)**

By: s/ *Noah A. Katsell*
    NOAH A. KATSELL
    KEVIN D. HARLOW
    KIMBERLY HYDE

Attorneys for Plaintiff
J.R. SIMPLOT COMPANY

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 12, 2020 | **LANG, RICHERT & PATCH** |
| 3 | | By: s/ *Charles Trudrung Taylor* (as authorized on 2/12/2020) |
| 4 | | CHARLES TRUDRUNG TAYLOR |
| 5 | | KIMBERLY L. MAYHEW ALMA V. MONTENEGRO |
| 6 | | |
| 7 | | Attorneys for Defendant PETER NIBOLI |
| 8 | | **OFFICES OF RUSSELL D. COOK** |
| 9 | Dated: February 12, 2020 | By: s/ *Russell D. Cook* (as authorized on 2/12/20) |
| 10 | | RUSSELL D. COOK |
| 11 | | |
| 12 | | Attorney for Defendant SCOTT FOTH |
| 13 | | |
| 14 | Dated: February 12, 2020 | **MANOCK LAW** |
| 15 | | By: s/ *Charles K. Manock* (as authorized on 2/12/20) |
| 16 | | CHARLES K. MANOCK |
| 17 | | |
| 18 | | Attorney for Defendant ALLEN HAYNES |

# **ORDER**

Having reviewed the stipulation, the parties are cautioned that the mere agreement of counsel to an extension is not good cause for modification of a scheduling order. See Fed. R. Civ. P. 16(b). Here, the parties have not explained why they require additional time to complete the discovery which they contend may impact amendment of the pleadings. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) ("[Good cause] primarily considers the diligence of the party seeking the amendment."). Nonetheless, based upon the parties' consent to the extension and in the interest of justice, the Court finds that a limited continuance as requested is warranted.

Accordingly, pursuant to the stipulation of the parties, the Court GRANTS the request to modify the Scheduling Order. IT IS HEREBY ORDERED that the deadline for amendment of the pleadings is extended to March 27, 2020. All other deadlines set forth in the Scheduling Order remain unchanged. The parties are advised that no further extensions or modifications of the deadlines in this case will be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated: **February 18, 2020**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE