Noah A. Katsell (Bar No. 217090)
mailto: noah.katsell@dlapiper.com
Kevin D. Harlow (Bar No. 265565)
kevin.harlow@dlapiper.com
Kimberly S. Hyde (Bar No. 274623)
kimberly.hyde@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
Tele: 619.699.2700

Amanda Morgan (Bar No. 246277)
amanda.morgan@dlapiper.com
DLA Piper LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tele: 415.836.2500

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Scott J. Ivy, #197681
scott.ivy@mccormickbarstow.com
Michael G. Woods, #58683
mike.woods@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Plaintiff
J.R. SIMPLOT COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| J.R. SIMPLOT COMPANY,<br><br>      Plaintiff,<br><br>    v.<br><br>PETER NIBOLI, an individual; ALLEN HAYNES, an individual; and SCOTT FOTH, an individual,<br><br>      Defendants. | Case No. **1:19-cv-00667-DAD-BAM**<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO AMEND PLEADINGS** |

Pursuant to Eastern District of California Local Rule 143, Plaintiff J.R. Simplot Company ("Simplot") and Defendants Peter Niboli, Allen Haynes, and Scott Foth (collectively "Defendants") hereby stipulate as follows:

1. The current deadline for the amending the pleadings is March 27, 2020.

2. Plaintiff believes the investigation and discovery conducted to date suggest the possibility that third party Buttonwillow Warehouse Company, Inc. ("Buttonwillow") may need to be added as a Defendant in this case. However, pending further targeted discovery and the possibility of voluntary exchange of information from Buttonwillow, Plaintiff prefers at this time not to add claims against Buttonwillow solely to meet the current deadline to amend the pleadings out of fear of later being barred from doing so.

3. Rather than bringing Buttonwillow into this case now, simply to meet the current deadline, the parties have agreed and stipulated to extend the deadline to amend the pleadings solely to add new parties for 60 days. This would hopefully allow Plaintiff to conduct additional discovery and possibly obtain voluntary exchange of information from Buttonwillow in order to make a final decision as to whether and to what extent Buttonwillow should be added to this case by way of an Amended Complaint.

4. Accordingly, the parties hereby stipulate to and request that the Court extend the deadline to amend the pleadings from March 27, 2020 to May 27, 2020. Only one prior extension of this subject matter for 21 days has been sought by the parties, and the parties do not anticipate that this extension will alter any of the other existing deadlines as set forth in the Scheduling Order in this case.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2
STIPULATION AND ORDER EXTENDING DEADLINE TO AMEND PLEADINGS

| | |
|---|---|
| Dated: March 24, 2020 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |

By: */s/Scott J. Ivy*
   Scott J. Ivy
   Michael G. Woods
   Attorneys for Plaintiff J.R. SIMPLOT COMPANY

Dated: March 24, 2020         **LANG, RICHERT & PATCH**

By: /s/ *Charles Trudrung Taylor*
   CHARLES TRUDRUNG TAYLOR
   KIMBERLY L. MAYHEW
   ALMA V. MONTENEGRO
   Attorneys for Defendant
   PETER NIBOLI

Dated: March 24, 2020         **OFFICES OF RUSSELL D. COOK**

By: /s/ *Russell D. Cook*
   RUSSELL D. COOK
   Attorney for Defendant
   SCOTT FOTH

Dated: March 24, 2020         **MANOCK LAW**

By: /s/ *Charles K. Manock*
   CHARLES K. MANOCK
   Attorney for Defendant
   ALLEN HAYNES

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, the Court GRANTS the request to modify the Scheduling Order. IT IS HEREBY ORDERED that the deadline for amendment of the pleadings is extended to May 27, 2020. All other deadlines set forth in the Scheduling Order remain unchanged. The parties are advised that no further extensions or modifications of the deadlines in this case will be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated: **March 25, 2020**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720