McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Scott J. Ivy, # 197681
  *scott.ivy@mccormickbarstow.com*
Michael G. Woods, #58683
  *mike.woods@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:  (559) 433-2300

Attorneys for Plaintiff
J.R. SIMPLOT COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| J.R. SIMPLOT COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PETER NIBOLI, an individual; ALLEN HAYNES, an individual; and SCOTT FOTH, an individual,<br><br>Defendants. | Case No. 1:19-cv-00667-DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE INFORMAL DISCOVERY CONFERENCE**<br><br>Judge: Hon. Barbara A. McAuliffe<br>Date: June 8, 2020<br>Time: 10:00 a.m.<br>Crtrm: By Phone |

Pursuant to Eastern District of California Local Rule 143, Plaintiff J. R. Simplot Company ("Simplot") Defendants Peter Niboli, Allen Haynes, and Scott Foth (collectively "Defendants") and non-party Buttonwillow Warehouse Company, Inc. ("BWC") hereby stipulate as follows:

1. Following a Telephonic Informal Discovery Dispute Conference on May 13, 2020, the Court issued a Minute Order on May 18, 2020 (Dock. 54) requiring the parties to meet and confer on several issues and then file a Status Report on June 3, 2020 identifying any remaining issues for Court determination. The Court also set a further hearing for June 8, 2020.

2. The parties have been actively meeting and conferring to develop an Inspection Protocol Agreement for imaging and inspecting of the devices at issue by a neutral forensic examiner. The parties are hopeful they can reach agreement and complete the imaging and inspecting without Court intervention.

3. To allow additional time to attempt to resolve the dispute informally, the parties hereby Stipulate and request that the Court continue the date for a further status report until June 24, 2020, and continue the further hearing on the inspection until June 29, 2020.

Dated: May 27, 2020

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: */s/ Scott J. Ivy*
Scott J Ivy
Michael G. Woods
Paul R Gaus
Attorneys for Plaintiff
J.R. SIMPLOT COMPANY

Dated: May 27, 2020

MANOCK LAW

By: */s/ Charles Manock*
Charles Manock
Attorneys for Allen Haynes

Dated: May 27, 2020                                    Law Offices of Russell D. Cook

By: ____*/s/ Russell D. Cook*____
Russell D. Cook
Attorneys for Scott Foth

Dated: May 27, 2020                                    LANG, RICHERT & PATCH

By: ____*/s/ Charles Trudrung Taylor*____
Charles Trudrung Taylor
Kimberly L. Mayhew
Alma V. Montenegro
Attorneys for Peter Niboli

Dated: May 27, 2020                                    SAGASER, WATKINS & WIELAND PC

By: ____*/s/ Howard A. Sagaser*____
Howard A. Sagaser
Attorneys for Buttonwillow Warehouse Company, Inc.

## **ORDER**

Pursuant to the stipulation of the parties and non-party Buttonwillow Warehouse Company, Inc., and in the interests of judicial and party economy, the request to continue the further informal discovery conference is HEREBY GRANTED. The FURTHER INFORMAL DISCOVERY CONFERENCE currently set for June 8, 2020, is CONTINUED to **June 29, 2020, at 10:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. No later than **June 24, 2020**, the parties and non-party Buttonwillow Warehouse Company, Inc. shall file a joint status report identifying any remaining dispute for Court consideration regarding the subpoena at issue.

Any party wishing to appear at the rescheduled conference shall appear telephonically with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748;**

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

3

Case No. 1:19-cv-00667-DAD-BAM
STIPULATION AND ORDER TO CONTINUE INFORMAL DISCOVERY CONFERENCE

1  **access code 3219139**.  Counsel, however, shall appear via zoom video conference.  Counsel shall
2  contact Courtroom Deputy Esther Valdez at (559) 499-5788 or evaldez@caed.uscourts.gov for
3  zoom video conference information.
4  IT IS SO ORDERED.

Dated:   **May 28, 2020**                                  /s/ *Barbara A. McAuliffe*                    _
                                                           UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

4                         Case No. 1:19-cv-00667-DAD-BAM
STIPULATION AND ORDER TO CONTINUE INFORMAL DISCOVERY CONFERENCE