1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

J.R. SIMPLOT COMPANY,

Case No.  1:19-cv-00667-DAD-BAM

12

Plaintiff,

**ORDER VACATING FURTHER
INFORMAL DISCOVERY CONFERENCE**

13

v.

(Doc. Nos. 54, 56, 58)

14

PETER NIBOLI, an individual; ALLEN
HAYNES, an individual; and SCOTT
FOTH, an individual,

15

16

Defendants.

17

18

19        This matter is currently set for a further telephonic Informal Discovery Dispute

20    Conference on June 29, 2020, to address a dispute regarding a subpoena issued by Plaintiff J.R.

21    Simplot Company to inspect certain computing devices provided to its former employees,

22    Defendants Peter Niboli, Allen Haynes and Scott Foth, by third-party Buttonwillow Warehouse

23    Company, Inc.  (Doc. No. 56.)

24        Pursuant to the Court's directive, the parties and third-party Buttonwillow Warehouse

25    Company, Inc. filed a Joint Status Report on June 24, 2020.  (Doc. No. 58.)  According to the

26    report, the parties have executed an Inspection Protocol Agreement ("Agreement") governing the

27    imaging and inspection of devices pursuant to the subpoena at issue and have agreed to a neutral

28

1

forensic examiner to conduct the inspection.  The parties are finalizing the search terms to be used and anticipate completion of imaging within the next two (2) weeks, with the inspection and evaluation to proceed pursuant to the Agreement over the following several weeks.  The parties therefore represent that there is no current remaining dispute for which they seek Court intervention to resolve.  However, the parties request the ability to seek assistance and input from the Court through the informal discovery dispute process should any further disputes arise regarding the subpoena as the planned imaging and inspections proceed.  (*Id.*)

Having considered the Joint Status Report, the Court finds that the currently scheduled informal discovery dispute conference is no longer necessary.  Accordingly, the further telephonic Informal Discovery Dispute Conference set for June 29, 2020, is HEREBY VACATED.  If necessary and appropriate, the parties and third-party Buttonwillow Warehouse Company, Inc. may utilize the Court's informal discovery dispute procedures should any further disputes arise concerning the subpoena at issue.

IT IS SO ORDERED.

Dated:   **June 24, 2020**                    /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE