Russell D. Cook, #094934
LAW OFFICES OF RUSSELL D. COOK
1233 W. Shaw Avenue, Suite 100
Fresno, California 93711
Telephone: (559) 225-2510
Facsimile: (559) 229-3941

Attorney for Defendant, SCOTT FOTH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.R. SIMPLOT COMPANY,<br><br>      Plaintiff,<br> v.<br><br>PETER NIBOLI, an individual; ALLEN HAYNES, an individual; and SCOTT FOTH, an individual,<br><br>      Defendants. | **Case No. 1:19-cv-00667-DAD-BAM**<br><br>**STIPULATION RE EXTENSION OF ALL PRE-TRIAL DATES PREVIOUSLY SCHEDULED AND ORDER THEREON**<br><br>*Complaint Filed: 05/15/19*<br><br>BARBARA A. McAULIFFE<br>U.S. MAGISTRATE JUDGE |

The Parties to this agreement are as follows:

J.R. SIMPLOT COMPANY, by and through its attorney of record Scott Ivy of the law firm of McCormick Barstow, LLP;

PETER NIBOLI, by and through his attorney, Charles Trudrung Taylor of the law firm of Lang, Richert & Patch;

ALLEN HAYNES, by and through his attorney, Charles K. Manock of the law firm of Manock Law;

SCOTT FOTH, by and through his attorney, Russell D. Cook of the law firm of Russell D. Cook.

**RECITALS**

**DISCOVERY ISSUES**

The parties have been actively engaged in exchanging information with the ultimate goal of making a good faith effort to attempt to resolve all disputes.

These efforts have included mapping and evaluating multiple computers for each individually named defendant. This process has taken time and is incomplete at the present.

Once the mapping is completed, an evaluation must be made by each party to determine what further discovery must be done. It is anticipated that it will take longer than the discovery cutoff date set by the Court of October 16, 2020. We are hopeful that the mapping can be completed by October 16, 2020 and further discovery can take place thereafter, over the next few months.

In addition, the commencement of discovery was delayed by virtue of the COVID 19 pandemic. Delays in starting the discovery are now leaving us with not sufficient time to complete the process before the discovery cut off of October 16, 2020.

In addition to the foregoing, the time in which Plaintiff was to amend the complaint has now passed. The individually named Defendants did not know whether or not Buttonwillow Warehouse was going to be included into the suit. Had they been brought into the suit as a party then all of the discovery dates would have been changed.

In addition, (while not constituting "good cause") the parties have scheduled an all day mediation session with Laurie Quigley Saldana for October 2, 2020.

Based upon these factors, it is respectfully submitted that "good cause" exists to extend the discovery deadlines, the parties are seeking an order extending all pre-trial dates previously scheduled as follows:

**STIPULATION EXTENDING ALL DISCOVERY DEADLINES**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record, that the new discovery deadline shall be as follows:

| | |
|---|---|
| Non Expert Discovery Cut Off | February 16, 2021 |
| Expert Disclosure | March 16, 2021 |
| Supplemental Expert Disclosure | April 6, 2021 |
| Expert Discovery Cut Off | May 14, 2021 |
| Pretrial Motion Filing Cut Off | June 15, 2021 |
| Status Conference: | August 19, 2021<br>Time:  9:00 am<br>BAM |

Dated:  September 4, 2020        MCCORMICK BARSTOW, LLP

*Scott Ivy*
_____
SCOTT IVY
Attorneys for Plaintiff, J.R. SIMPLOT CO.

Dated:  September 4, 2020        MANOCK LAW

*Charles K. Manock*
_____
CHARLES K. MANOCK
Attorneys for Defendant ALLEN HAYNES

Dated:  September 4, 2020        LANG, RICHERT & PATCH

*Charles Trudrung Taylor*
_____
CHARLES TRUDRUNG TAYLOR
KIMBERLY L. MAYHEW
ALMA V. MONTENEGRO
Attorneys for Defendant, PETER NIBOLI

Dated: September 4, 2020          LAW OFFICE OF RUSSELL D. COOK

*Russell D. Cook*

_____

RUSSELL D. COOK, Attorney for Defendant, SCOTT FOTH

<u>ORDER</u>

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the deadline for all Pre-Trial matters previously scheduled be extended as follows:

| | |
|---|---|
| Non Expert Discovery Cut Off | February 16, 2021 |
| Expert Disclosure | March 16, 2021 |
| Supplemental Expert Disclosure | April 6, 2021 |
| Expert Discovery Cut Off | May 14, 2021 |
| Pretrial Motion Filing Cut Off | June 15, 2021 |
| Status Conference: | August 19, 2021<br>Time: 9:00 am<br>Courtroom 8 (BAM) |

The parties are advised that no further extensions or modification of the deadlines in this case will be granted absent a demonstrated showing of good cause. Good cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic. Any such difficulties should be explained.

IT IS SO ORDERED.

Dated: **September 8, 2020**            /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE